| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| SOUND MILL, INC., a Washington corporation, | | No. C05- 5052RBL |
| Plaintiff, | | ORDER EXTENDING TIME FOR SERVICE |
| v. | | |
| PLH PRODUCTS, INC, a California corporation; PACIFIC CEDAR SUPPLY., LTD., a foreign corporation; S.W. LEE; and MOL (AMERICA), Inc., a Delaware Corporation. | | |
| Defendants. | | |

This matter is before the Court on Plaintiff's motion to extend the time for service of summons and complaint. Pursuant to Fed. R.Civ .P. 4(m), Plaintiff requests that the time for service of summons and complaint on Defendants PLH Products, Inc., S.W. Lee And Pacific Cedar Supply, Ltd., be extended to June 30, 2005. For reasons set forth in Plaintiff's motion, the Court finds good cause exists for extending the time of service and summons on Defendants PLH Products, Inc., S.W. Lee And Pacific Cedar Supply, Ltd. It is hereby

ORDER

1   ORDERED that Plaintiff's motion to extend the time for service of summons and complaint [Dkt
2   #7] is GRANTED.  The time for serving the summons and complaint in this action upon Defendants PLH
3   Products, Inc., S.W. Lee And Pacific Cedar Supply, Ltd., is extended to June 30, 2005.

6   DATED this 10th day of June, 2005.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER